PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Dennis M. Cusack (State Bar No. 124988) |
| | dcusack@fbm.com |
| 2 | Patrick R. McKinney (State Bar No. 215228) |
| | pmckinney@fbm.com |
| 3 | Brett R. Wheeler (State Bar No. 260714) |
| | bwheeler@fbm.com |
| 4 | FARELLA BRAUN + MARTEL LLP |
| | 235 Montgomery Street, 17th Floor |
| 5 | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| 6 | Facsimile: (415) 954-4480 |

Attorneys for Plaintiffs
K.E.W. CORPORATION, CLARENCE WILLIAMS and
ANTHONY A. BATARSE, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.E.W. CORPORATION, a California Corporation; CLARENCE WILLIAMS, an individual; ANTHONY A. BATARSE, JR., an individual, | Case No. 2:09-CV-03014-LKK-JFM |
| | **STIPULATION AND ORDER FOR DISMISSAL OF ZURICH AMERICAN INSURANCE COMPANY WITHOUT PREJUDICE** |
| Plaintiffs, | |
| vs. | Date: N/A |
| ZURICH AMERICAN INSURANCE COMPANY, and UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | Time: N/A |
| | Judge: Hon. Lawrence K. Karlton |
| | Courtroom: 4 |
| Defendants. | Complaint Filed: September 25, 2009 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs K.E.W. CORPORATION, CLARENCE WILLIAMS, and ANTHONY A. BATARSE, JR. L.L.C. (collectively "Plaintiffs"), and ZURICH AMERICAN INSURANCE COMPANY ("ZURICH"), and UNIVERSAL UNDERWRITERS INSURANCE COMPANY ("UUIC") (collectively "Defendants") through their respective attorneys file this stipulation of dismissal without prejudice of claims again ZURICH:

STIPULATION AND ORDER DISMISSING
ZURICH WITHOUT PREJUDICE
Case No. 2:09-CV-03014-LKK-JFM

24763\2144863.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

WHEREAS Defendants have represented that Universal UUIC is a wholly owned subsidiary of ZURICH;

WHEREAS, Defendants' have represented that UUIC is the entity that issued the policy cited in paragraph 8 of the Complaint in this action and will be, and is capable of, full responsibility for all policy obligations, including any judgment or settlement;

WHEREAS, in reliance on Defendants' representations, Plaintiffs agree that ZURICH is not a necessary party to this action;

IT IS HEREBY STIPULATED that Plaintiffs dismiss without prejudice, and hereby do dismiss, all claims for relief against ZURICH stated in the Complaint in this action.

Dated: February 1, 2010  FARELLA BRAUN + MARTEL LLP

By: /s/ Brett R. Wheeler
    Brett R. Wheeler

Attorneys for Plaintiffs
K.E.W. CORPORATION, CLARENCE WILLIAMS and ANTHONY A. BATARSE, JR.

Dated: February 1, 2010  DUANE MORRIS LLP

By: /s/ Max H. Stern
    Max H. Stern

Attorneys for Defendants
UNIVERSAL UNDERWRITERS INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER DISMISSING
ZURICH WITHOUT PREJUDICE
Case No. 2:09-CV-03014-LKK-JFM

- 2 -

24763\2144863.1

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Pursuant to stipulation by the parties, Plaintiffs' claims for relief against Defendant Zurich American Insurance Company stated in the Complaint in this action are dismissed without prejudice.

**IT IS SO ORDERED:**

Dated: February 3, 2010

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER DISMISSING
ZURICH WITHOUT PREJUDICE
Case No. 2:09-CV-03014-LKK-JFM

- 3 -

24763\2144863.1

PDF created with pdfFactory trial version www.pdffactory.com