1  Dennis M. Cusack (State Bar No. 124988)
      dcusack@fbm.com
2  Patrick R. McKinney (State Bar No. 215228)
      pmckinney@fbm.com
3  Brett R. Wheeler (State Bar No. 260714)
      bwheeler@fbm.com
4  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Plaintiffs
   K.E.W. CORPORATION, CLARENCE
8  WILLIAMS and
   ANTHONY A. BATARSE, JR.

9

                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12

| K.E.W. CORPORATION, a California Corporation; CLARENCE WILLIAMS, an individual; ANTHONY A. BATARSE, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, and UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>Defendants. | Case No.  2:09-CV-03014-LKK-JFM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ZURICH AMERICAN INSURANCE COMPANY WITHOUT PREJUDICE**<br><br>Date:  N/A<br>Time:  N/A<br>Judge:  Hon. Lawrence K. Karlton<br>Courtroom:  4<br><br>Complaint Filed:  September 25, 2009 |
|---|---|

21      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs K.E.W. CORPORATION,

22  CLARENCE WILLIAMS, and ANTHONY A. BATARSE, JR. L.L.C. (collectively "Plaintiffs"),

23  and ZURICH AMERICAN INSURANCE COMPANY ("ZURICH"), and UNIVERSAL

24  UNDERWRITERS INSURANCE COMPANY ("UUIC") (collectively "Defendants") through

25  their respective attorneys file this stipulation of dismissal without prejudice of claims again

26  ZURICH:

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER DISMISSING
ZURICH WITHOUT PREJUDICE
Case No. 2:09-CV-03014-LKK-JFM

24763\2144863.1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS Defendants have represented that Universal UUIC is a wholly owned
2  subsidiary of ZURICH;

3  WHEREAS, Defendants' have represented that UUIC is the entity that issued the policy
4  cited in paragraph 8 of the Complaint in this action and will be, and is capable of, full
5  responsibility for all policy obligations, including any judgment or settlement;

6  WHEREAS, in reliance on Defendants' representations, Plaintiffs agree that ZURICH is
7  not a necessary party to this action;

8  IT IS HEREBY STIPULATED that Plaintiffs dismiss without prejudice, and hereby do
9  dismiss, all claims for relief against ZURICH stated in the Complaint in this action.

Dated:   February 1, 2010            FARELLA BRAUN + MARTEL LLP

                                     By: /s/ Brett R. Wheeler
                                         Brett R. Wheeler

                                     Attorneys for Plaintiffs
                                     K.E.W. CORPORATION, CLARENCE
                                     WILLIAMS and ANTHONY A.
                                     BATARSE, JR.

Dated:   February 1, 2010            DUANE MORRIS LLP

                                     By: /s/ Max H. Stern
                                         Max H. Stern

                                     Attorneys for Defendants
                                     UNIVERSAL UNDERWRITERS
                                     INSURANCE COMPANY and
                                     ZURICH AMERICAN INSURANCE
                                     COMPANY

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER DISMISSING
ZURICH WITHOUT PREJUDICE                - 2 -                           24763\2144863.1
Case No. 2:09-CV-03014-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to stipulation by the parties, Plaintiffs' claims for relief against Defendant Zurich American Insurance Company stated in the Complaint in this action are dismissed without prejudice.

**IT IS SO ORDERED:**

Dated:   February 3, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER DISMISSING
ZURICH WITHOUT PREJUDICE    - 3 -    24763\2144863.1
Case No. 2:09-CV-03014-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com