1  Dennis M. Cusack (State Bar No. 124988)
   dcusack@fbm.com
2  Patrick R. McKinney (State Bar No. 215228)
   pmckinney@fbm.com
3  Amanda D. Hairston (State Bar No. 251096)
   ahairston@fbm.com
4  FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Plaintiffs
K.E.W. CORPORATION, CLARENCE
8  WILLIAMS and
ANTHONY A. BATARSE, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.E.W. CORPORATION, a California Corporation; CLARENCE WILLIAMS, an individual; ANTHONY A. BATARSE, JR., an individual,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, and UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>        Defendants. | Case No.  2:09-CV-03014-LKK-JFM<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge:        Hon. Lawrence K. Karlton<br>Courtroom:   4<br><br>Complaint Filed:   September 25, 2009 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER DISMISSING
ACTION WITH PREJUDICE
Case No. 2:09-CV-03014-LKK-JFM

24763\2378831.1

1  Based on the Stipulation of Dismissal of Action with Prejudice by and between Plaintiffs
2  K.E.W. CORPORATION, CLARENCE WILLIAMS, and ANTHONY A. BATARSE, JR., and
3  Defendants ZURICH AMERICAN INSURANCE COMPANY, and UNIVERSAL
4  UNDERWRITERS INSURANCE COMPANY, and good cause appearing therefore,
5  IT IS HEREBY ORDERED AS FOLLOWS:
6  1.  This action is dismissed with prejudice; and
7  2.  All parties are to bear their own costs and attorneys' fees.

Dated: September 28, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER DISMISSING
ACTION WITH PREJUDICE
Case No. 2:09-CV-03014-LKK-JFM

- 2 -

24763\2378831.1